# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 17, 2025

### NO. 03-24-00739-CR

**Colby Grant Jackson, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 5 OF WILLIAMSON COUNTY**
**BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP**

This is an appeal from the judgment of conviction entered by the trial court. Appellant has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows appellant to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.